| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Napa Ford Lincoln Mercury, Inc. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-0354208 | |
| 4. | Debtor's address | **Principal place of business**<br><br>570 Soscal Avenue<br>Napa, CA 94559<br>Number, Street, City, State & ZIP Code<br><br>Napa<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

7. Describe debtor's business   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ■ No
    - ☐ Yes.

| Debtor | Napa Ford Lincoln Mercury, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Napa Ford Lincoln Mercury, Inc.                                    Case number (if known)
        Name

 Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  7/24/2025
                MM / DD / YYYY

    X _____          Steve Haworth
    Signature of authorized representative of debtor    Printed name

    Title  Authorized Corporate Representative

18. **Signature of attorney**

    X _____          Date 07/24/2025
    Signature of attorney for debtor                MM / DD / YYYY

    Michael Jay Berger
    Printed name

    Law Offices of Michael Jay Berger
    Firm name

    9454 Wilshire Boulevard, 6th floor
    Beverly Hills, CA 90212
    Number, Street, City, State & ZIP Code

    Contact phone  (310) 271-6223     Email address  michael.berger@bankruptcypower.com

    100291 CA
    Bar number and State

Case: 25-10450    Doc# 1    Filed: 07/24/25    Entered: 07/24/25 16:58:37    Page 4 of 16

Fill in this information to identify the case:

Debtor name | Napa Ford Lincoln Mercury, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AER SALES LP  P O Box 974180  Dallas, TX 75397-4180 | | Vendor/Vehicle Parts | | | | $128,665.86 |
| AMERICAN EXPRESS  P O Box 53800  Phoenix, AZ 85072-3800 | | Credit Card | | | | $73,864.56 |
| AUTO TRADER COM LLC  6205 Peachtree Dunwoody Dr.  Atlanta, GA 30328-4524 | | Vendor | | | | $23,400.00 |
| California Department of Tax and Fee Adm  651 Bannon Street, Suite 100  Sacramento, CA 95811-0299 | | Sales Tax | | | | $180,780.11 |
| CDK GLOBAL  5801 Postal Rd. #81736  Cleveland, OH 44181 | | Vendor/DMS | | | | $10,000.00 |
| CITY AUTO SUPPLY LLC  1430 Catalina St  San Leandro, CA 94577 | | VENDOR/PURCHASE PARTS | | | | $40,582.64 |
| ESSENTIA FUNDING  22 E Main St, Unit 250  Middletown, NY 10940 | | Loan | | | | $89,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GLOBAL MERCHANT CASH, INC<br>64 Beaver St, Ste 415<br>New York, NY 10004 | | Loan | | $75,000.00 | $0.00 | $75,000.00 |
| INTERSTATE OIL CO<br>8221 Alpine Ave<br>Sacramento, CA 95826 | | Vendor/Purchase Oil | | | | $55,000.00 |
| JM&A GROUP<br>350 Jim Moran Blvd.<br>Deerfield Beach, FL 33442 | | VENDOR/SERVICE CONTRACTS | | | | $35,122.02 |
| KOVINGTON PERFORMANCE HOLDINGS<br>34300 W Nine Mile Rd<br>Farmington, MI 48335 | | VENDOR/UPFIT VEHICLES | | | | $8,000.00 |
| LIBERTAS<br>411 W Purnum Ave. Ste 220<br>Greenwich, CT 06830 | | Loan | | $88,000.00 | $0.00 | $88,000.00 |
| NOVUS CAPITAL FUNDING IILLC<br>122 East 42nd St, 50th Floor<br>New York, NY 10168 | | Merchant loan | | $380,000.00 | $0.00 | $380,000.00 |
| O'REILLY<br>2290 Jefferson St.<br>Napa, CA 94559 | | VENDOR/PARTS | | | | $7,500.00 |
| OGLE<br>45 Kreuse Canyon<br>Napa, CA 94559 | | LEASE PROPERTY BACK OF LOT | | | | $19,200.00 |
| PG&E<br>P O Box 997300<br>Sacramento, CA 95899-7300 | | VENDOR/ELECTRICITY AND GAS | | | | $15,000.00 |
| RON DUPRATT FORD<br>1320 North First Str.<br>Dixon, CA 95620 | | VENDOR/ELECTRICITY AND GAS | | | | $15,000.00 |
| SIERRA TRUCK AND VAN<br>225 Lopes Road<br>Fairfield, CA 94534 | | VENDOR/UPFIT VEHICLES | | | | $9,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WELLS FARGO 1100 Corporate Center Dr., Bldng A, Floor 3 Raleigh, NC 27607-5066 | | Trade Debt | | | | $94,370.20 |
| WEX BANK P O Box 4337 Carol Stream, IL 60197 | | Trade Debt | | | | $10,000.00 |

# United States Bankruptcy Court
## Northern District of California

In re **Napa Ford Lincoln Mercury, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept A RETAINER OF | $ | 25,000.00 |
   | Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
   | Balance Due | $ | 0.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   [✓] Debtor  [ ] Other (specify):

4. The source of compensation to be paid to me is:

   [✓] Debtor  [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_07/24/2025_  
Date

_/s/ Michael Jay Berger_  
Michael Jay Berger  
Signature of Attorney  
Law Offices of Michael Jay Berger  
9454 Wilshire Boulevard, 6th floor  
Beverly Hills, CA 90212  
(310) 271-6223  Fax: (310) 271-9805  
michael.berger@bankruptcypower.com  
Name of law firm

United States Bankruptcy Court
Northern District of California

In re   Napa Ford Lincoln Mercury, Inc.                              Case No. _____
                                    Debtor(s)                        Chapter  __11___

## VERIFICATION OF CREDITOR MATRIX

I, Steve Haworth the Authorized Corporate Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 7/24/2025       _____ /Consultant
                      Steve Haworth/Authorized Corporate Representative
                      Signer/Title

8X8
P O Box 4848080
Los Angeles, CA 90084-8080

ACC BUSINESS
P O Box 5019
Carol Stream, IL 60197-5019

AER SALES LP
P O Box 974180
Dallas, TX 75397-4180

AMERICAN EXPRESS
P O Box 53800
Phoenix, AZ 85072-3800

AUTO TRADER COM LLC
6205 Peachtree Dunwoody Dr.
Atlanta, GA 30328-4524

BOB ALLEN FORD, INC
9329 Metcalf
Overland Park, KS 66212

BRADY INDUSTRIES
7055 Linell Road
Las Vegas, NV 89118

California Department of Tax and Fee Adm
651 Bannon Street, Suite 100
Sacramento, CA 95811-0299

CAR KEYS EXPRESS
12101 Sycoamore Station Pl.
Louisville, KY 40299


CARSDIRECT.COM
909 N Pacific Coast Highway, 11th Floor
El Segundo, CA 90245


CDK GLOBAL
5801 Postal Rd. #81736
Cleveland, OH 44181


CITY AUTO SUPPLY LLC
1430 Catalina St
San Leandro, CA 94577


COMCAST
P O Box 60533
City of Industry, CA 91716-0535


COMCAST
P O Box 8587
Philadelphia, PA 19101-0601


ESSENTIA FUNDING
22 E Main Street, Unit 250
Middletown, NY 10940


ESSENTIA FUNDING
22 E Main St, Unit 250
Middletown, NY 10940

FLEMING DISTRIBUTING CO
1061 Suncast Ln
El Dorado Hills, CA 95762


FORD MOTOR CREDIT CO
P O Box 35910
Cleveland, OH 44135-0910


FUTURE FORD OF SACRAMENTO
4625 Madison Ave.
Sacramento, CA 95841-2589


GLOBAL MERCHANT CASH, INC
64 Beaver St, Ste 415
New York, NY 10004


GOLDEN GATE NORTH
112 Commercial Court 22/23
Santa Rosa, CA 95407


HANSEL FORD
P O Box 750069
Petaluma, CA 94975-0069


INTERSTATE OIL CO
8221 Alpine Ave
Sacramento, CA 95826


JIMMY VASSER CHEVROLET
P O Box 820
Napa, CA 94559

JM&A GROUP
350 Jim Moran Blvd.
Deerfield Beach, FL 33442


KOVINGTON PERFORMANCE HOLDINGS
34300 W Nine Mile Rd
Farmington, MI 48335


KPA SERVICES, LLC
P O Box 83301
Woburn, MA 01813-3301


LIBERTAS
411 W Purnum Ave. Ste 220
Greenwich, CT 06830


MAACO
1055 Horizon Dr.
Fairfield, CA 94533


MOBILE CLEAR SHIELD, INC
P O Box 260225
San Francisco, CA 94126


NAPA AUTO PARTS
P O Box 2047
Norcross, GA 30091


NAPA VALLEY PETROLEUM
P O Box 2670
Napa, CA 94558-0528

NOVUS CAPITAL FUNDING IILLC
122 East 42nd St, 50th Floor
New York, NY 10168

NRWS
P O Box 51015
Los Angeles, CA 90051-5315

O'REILLY
2290 Jefferson St.
Napa, CA 94559

OGLE
45 Kreuse Canyon
Napa, CA 94559

ORLANDOS MOBILE AUTO DETAIL
dba GOMEZ ROSENDO
1007 Hayes Street
Fairfield, CA 94533

PG&E
P O Box 997300
Sacramento, CA 95899-7300

RON DUPRATT FORD
1320 North First Str.
Dixon, CA 95620

SAFETY KLEEN
P O Box 975201
Dallas, TX 75397-5201

SIERRA TRUCK AND VAN
225Lopes Road
Fairfield, CA 94534


SNAP ON BUSINESS SOLUTIONS
4025 Kinross Lakes Pkway
Richfield, OH 44286


SOUTHWEST FAD
5301 Denton Highway, Ste 100
Fort Worth, TX 76148


STAPLES
P O Box 660409
Dallas, TX 75266-0409


TRUECAR
DEPT LA 24198
Pasadena, CA 91185-4198


VESTIS
P O Box 101179
Pasadena, CA 91189-1179


WELLS FARGO
1100 Corporate Center Dr.,
Bldng A, Floor 3
Raleigh, NC 27607-5066


Western Health Advantage
2349 Gateway Oaks Drive, ste 100
Sacramento, CA 95833

WEX BANK
P O Box 4337
Carol Stream, IL 60197


WINE DOWN MEDIA
1556 First Street, ste 101
Napa, CA 94559


WIZIX TECHNOLOGY
2014 Taylor Rd
Roseville, CA 95678